**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Jason Wilson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JASON WILSON,<br><br>            Defendant. | CASE NO.  1:14-cr-00187-AWI-BAM<br><br>**WAIVER OF DEFENDANT'S PERSONAL APPEARANCE PURSUANT TO FEDERAL RULE 43;  ORDER THEREON** |

      Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, JASON WILSON, having been advised of his right to be present at all stages of proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, CAROL ANN MOSES, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

      Mr. Wilson lives in the State of Tennessee with his wife and four children.  Round-trip airfare from Tennessee to California for his appearance at the initial appearance and detention hearing cost approximately $1,000.

      Mr. Wilson has a new job for which he is serving a probationary period which requires

perfect attendance to complete.  The pay for this job is significantly less than his previous salary in California.

     Mr. Wilson requests this court grant the proposed Rule 43 Waiver of his personal appearance for all status conferences and non-dispositive motions.

Dated:  September 18, 2014                  /s/ Jason Wilson
                                                    JASON WILSON

Dated:  September 23, 2014                  /s/ Carol Ann Moses
                                                      CAROL ANN MOSES
                                                      Attorney for Defendant,
                                                      JASON WILSON

## ORDER

     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings in accordance with Rule 43 of the Federal Rules of Criminal Procedure until further order of the Court.

IT IS SO ORDERED.

Dated:  **September 23, 2014**                /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE