**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Jason Wilson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JASON WILSON,<br><br>          Defendant. | CASE NO.  1:14-cr-00187-AWI-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO JUNE 8, 2015; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, JASON WILSON, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, MIA GIACOMAZZI, that the Status Conference in the above-captioned matter currently scheduled for May 26, 2015, at 1:00 p.m. may be continued until June 8, 2015 at 1:00 p.m.

Both defense counsel and counsel for the government have upcoming trials.  The requested continuance will provide continuity of counsel, will serve the ends of justice and result in the economic use of time and resources for all parties and the court.

///

///

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: April 30, 2015    /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
JASON WILSON

BENJAMIN B. WAGNER
United States Attorney

Dated: April 30, 2015    /s/ Mia Giacomazzi
MIA GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff

ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). For the above stated reason, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the court grants the stipulation and the 3rd Status Conference hearing is continued from May 26, 2015 at 1:00 p.m. to June 8, 2015, at 1:00 p.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **May 4, 2015**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE