**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Jason Wilson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:14-cr-00187-AWI-BAM |
| Plaintiff, | |
| v. | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE PURSUANT TO FEDERAL RULE 43; ORDER THEREON** |
| JASON WILSON, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, JASON WILSON, having been advised of his right to be present at all stages of proceedings, hereby requests this Court allow him to change his not guilty plea to a new and different plea of guilty via video conference call instead of being personally present in Court.

Defendant agrees that notice to Defendant's attorney requiring Defendant's presence in Court will be deemed notice to the Defendant of the requirement of his presence at the Court appearance at said time and place.

Defendant is charged with three counts of 18 U.S.C. § 1343 (Wire Fraud); two counts of 18 U.S.C. § 1028A (Aggravated Identity Theft); 18 U.S.C. §661 (Theft in Special Maritime & Territorial Jurisdiction) and Criminal Forfeiture.  He will be pleading to one count of Aggravated

Identity Theft.

Mr. Wilson lives in Knoxville, Tennessee and has appeared through his attorney of record, Carol Moses, pursuant to a Rule 43 Waiver for all Status Conferences.  Mr. Wilson was personally present at his Initial Appearance.

Mr. Wilson requests a waiver of his personal appearance at the change of plea hearing and requests that he be allowed to appear by video conference because he lives in Tennessee with his wife and four children and works two full time jobs, of which the income of one is dedicated entirely for restitution in this criminal matter.  To date, he has saved over $5,000 for restitution which is held in a separate bank account from his personal finances.  A trip from Tennessee to California and back is estimated to cost $1,000.   One thousand dollars is a lot of money for Mr. Wilson.  He is struggling to provide for his family and at the same time set aside restitution for the victim.

As an aside Mr. Wilson is concerned that he may lose his jobs should he be absent from work when he travels from Tennessee to California for the change of plea hearing. He acknowledges he will go to prison, but would like to work as much as possible so that he can provide a cushion for his family and also pay as much restitution as possible prior to his prison stint.

Assistant United States Attorney, Mia Giacomazzi does not object to Mr. Wilson appearing by video conference for his change of plea hearing.

///

///

///

///

///

WAIVER OF DEFENDANT'S
PERSONAL APPEARANCE

2

Mr. Wilson requests he be allowed to appear by video conference at the United States District Court in Knoxville, Tennessee for his change of plea hearing, which has not yet been scheduled.

Dated: June 15, 2015        /s/ Jason Wilson
                            JASON WILSON

Dated: June 15, 2015        /s/ Carol Ann Moses
                            CAROL ANN MOSES
                            Attorney for Defendant,
                            JASON WILSON

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance at his change of plea hearing may be made by video conference at the United States District Court in Knoxville, Tennessee, the date and time to be set at a later date.

IT IS SO ORDERED.

Dated:  June 16, 2015        _____
                             SENIOR DISTRICT JUDGE