**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Jason Wilson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:14-cr-00187-AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA  AUGUST 3, 2015** |
| JASON WILSON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, JASON WILSON, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, MIA GIACOMAZZI, that the Status Conference in the above-captioned matter currently scheduled for July 27, 2015, at 1:00 p.m. be vacated and the matter be set for change of plea on August 3, 2015 at 1:30 p.m.

///

///

///

///

///

It is further stipulated that the defendant and the prosecution agree that the time from July 27, 2015 to the new date of August 3, 2015, will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated:  July 16, 2015                              /s/ Carol Ann Moses
                                                   CAROL ANN MOSES
                                                   Attorney for Defendant,
                                                   JASON WILSON

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

Dated:  July 16, 2015                              /s/ Mia Giacomazzi
                                                   MIA GIACOMAZZI
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

## ORDER

The court grants the stipulation to vacate the status conference scheduled for July 27, 2015, and set this matter for change of plea by VIDEO CONFERENCE on August 3, 2015, at 1:30 p.m.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(A) and (B).

IT IS SO ORDERED.

Dated:   July 16, 2015                             _____
                                                   SENIOR  DISTRICT  JUDGE

2