**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Jason Wilson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>JASON WILSON,<br><br>               Defendant. | CASE NO.  1:14-cr-00187-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING TO AUGUST 17, 2015** |

**IT IS HEREBY STIPULATED** by and between the Defendant, JASON WILSON, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, MIA GIACOMAZZI, that the Change of Plea Hearing in the above-captioned matter currently scheduled for August 3, 2015, at 1:30 p.m. may be continued until August 17, 2015, at 9:30 a.m. Defendant, JASON WILSON, will appear by video conference call at the United States District Court in Knoxville, TN.

This continuance is necessary due to scheduling problems with the United States District Court in Knoxville and the litigation schedules of both counsel in this matter.  The requested continuance will provide continuity of counsel, will serve the ends of justice and result in the economic use of time and resources for all parties and the court.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  July 30, 2015                              /s/ Carol Ann Moses
                                                   CAROL ANN MOSES
                                                   Attorney for Defendant,
                                                   JASON WILSON

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

Dated:  July 30, 2015                              /s/ Mia Giacomazzi
                                                   MIA GIACOMAZZI
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

## **ORDER**

Time is excluded pursuant to 18 U.S.C. § 3161(h)(A) and (B).  For the above stated reason, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the court grants the stipulation and the change of plea hearing will be continued from August 3, 2015, to August 17, 2015, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   July 30, 2015                             _____
                                                   SENIOR  DISTRICT  JUDGE

2