1

**CAROL ANN MOSES  #164193**

Attorney at Law

2

7636 N. Ingram Ave., #104

Fresno, California  93711

3

Telephone:  (559) 449-9069

Facsimile:    (559) 513-8530

4

5

Attorney for Defendant, Jason Wilson

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,              CASE NO.  1:14-cr-00187-AWI-BAM

12

             Plaintiff,

13

    v.                                                   **DEFENDANT'S REQUEST FOR WAIVER OF PERSONAL APPEARANCE AT SENTENCING HEARING PURSUANT TO FEDERAL RULE 43; ORDER THEREON**

14

JASON WILSON,

15

             Defendant.

16

17

      Pursuant to Fed. R. Crim P. 43(b)(3), Defendant, JASON WILSON, having been advised

18

of his right to be present at all stages of proceedings, hereby requests this Court allow him to

19

appear at his Sentencing Hearing currently scheduled for November 30, 2015, via video

20

conference call instead of being personally present in Court.

21

      Defendant agrees that notice to Defendant's attorney requiring Defendant's presence in

22

Court will be deemed notice to the Defendant of the requirement of his presence at the Court

23

appearance at said time and place.

24

      Mr. Wilson was charged with three counts of 18 U.S.C. § 1343 – Wire Fraud, two counts

25

of 18 U.S.C. § 1028A – Aggravated Identity Theft, and one count of 18 U.S.C. § 661 – Theft in a

26

Special Maritime and Territorial Jurisdiction.  Mr. Wilson pleaded guilty to Aggravated Identity

27

Theft on August 17, 2015.  On September 16, 2015, Mr. Wilson, defense counsel and United

28

States Probation Officer Michael Armistead had a conference call interview to provide Officer

DEFENDANT'S REQUEST FOR WAIVER
OF PERSONAL APPEARANCE AT
SENTENCING HEARING

1  Armistead with Jason Wilson's personal information for the Pre-Sentence Report.  Mr. Wilson

2  timely completed all forms provided to him by the Probation Office and an additional set of forms

3  provided by the United States Attorney's Office.

4          This Court previously granted a Rule 43 Waiver at Mr. Wilson's request for a video

5  conference Change of Plea Hearing.  The basis for the Court's authorization was in part, because

6  Mr. Wilson lives and works in the State of Tennessee and travel expenses to California are cost

7  prohibitive.  Mr. Wilson is married and has four young children.

8          Mr. Wilson was indicted and he traveled to California for his Initial Appearance.  Mr.

9  Wilson immediately accepted responsibility for his bad acts and has complied with all Orders of

10  the Court and Pre-Trial Conditions of Release.

11          Mr. Wilson has simultaneously worked at least two jobs since January 2015.  He works at

12  Lowes Home Improvements making $11.66 per hour.  He averages 32 hours per week at Lowes.

13  Additionally, he works for Dial America making $10.00 per hour.  He averages 32 hours per

14  week at Dial America as well.

15          Mr. Wilson continues to endeavor to repay the restitution he owes by depositing into a

16  separate account his entire paycheck from one of his jobs.  To date, the account holds over

17  $8,000, which will be paid to the Court's Restitution Fund once it is established, presumably at

18  the time of sentencing.

19          Mr. Wilson requests the Court grant another Rule 43 Waiver and that Mr. Wilson appear

20  via video conference at the United States District Court in Knoxville, Tennessee, for the

21  Sentencing Hearing, currently scheduled for November 30, 2015, at 10:00 a.m.  Travel to

22  California is expensive and money set aside for restitution would need to be used for travel

23  expenses.  Another concern for Mr. Wilson is missing work and income from his jobs.

24  ///

25  ///

26  ///

27  ///

28

DEFENDANT'S REQUEST FOR WAIVER
OF PERSONAL APPEARANCE AT
SENTENCING HEARING

1       Assistant United States Attorney, Mia Giacomazzi does not object to Mr. Wilson

2 appearing by video conference for the Sentencing Hearing.

3

4 Dated:  October 1, 2015                 /s/ Jason Wilson
                                     JASON WILSON

5

6

7 Dated:  October 1, 2015                 /s/ Carol Ann Moses
                                       CAROL ANN MOSES

8                                            Attorney for Defendant,
                                           JASON WILSON

9

10

11                               ORDER

12       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant, JASON

13 WILSON, may appear by video conference from the United States District Court in Knoxville,

Tennessee for his Sentencing Hearing scheduled for November 30, 2015.  The hearing will be

14 advanced to **9:00 a.m.** to accommodate the time difference.

15

16 IT IS SO ORDERED.

17 Dated:   October 1, 2015                                       
                         SENIOR  DISTRICT  JUDGE

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S REQUEST FOR WAIVER
OF PERSONAL APPEARANCE AT
SENTENCING HEARING

3